ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Fax: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:18-CR-00096-JD |
| Plaintiff, | REQUEST AND STIPULATION TO CONTINUE STATUS HEARING ON FORM 12 PROCEEDING AND [PROPOSED] ORDER |
| v. | |
| JANYE SAMAJ WALLER, | |
| Defendant. | |

A status hearing in this Form 12 proceeding is currently set for February 26, 2024, 10:30 a.m. However, counsel for the United States has an unexpected scheduling conflict. Thus, the parties respectfully request that the status hearing be continued to March 25, 2024.

IT IS SO STIPULATED.

DATED: February 23, 2024         */s/ Michael G. Lagrama*
                                         MICHAEL G. LAGRAMA
                                         Assistant United States Attorney

DATED: February 23, 2024         */s/ Karthik Raju*
                                         KARTHIK RAJU
                                         Assistant Federal Public Defender
                                         Counsel for Defendant Janye Samaj Waller

Request and Stip. to Continue Status Hearing; [Proposed] Order
Case No. 4:18-CR 00096-JD

**[PROPOSED] ORDER**

Based on the parties' stipulation and for good cause shown, the status hearing in this Form 12 proceeding that is currently set for February 26, 2024, is continued to March 25, 2024.

IT IS SO ORDERED.

DATED: February 23, 2024

_____
HON. JAMES DONATO
United States District Judge

Request and Stip. to Continue Status Hearing; [Proposed] Order
Case No. 4:18-CR 00096-JD